UNITED STATES of America,
Plaintiff–Appellee,

v.

William Ray PHILLIPS, II, also
known as William Ray Phillips,
Defendant–Appellant.

No. 03–50217

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2003.

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

William Ray Phillips, II, pro se, Fort Worth, TX, for Defendant–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent William Ray Phillips on appeal has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Phillips has received a copy of counsel's motion but has not filed a response.

Our independent review of the brief and the record discloses no non-frivolous issues for appeal. Counsel's motion for leave to withdraw is granted, counsel is excused

from further responsibilities, and the appeal is dismissed.

MOTION TO WITHDRAW GRANTED; APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

